AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| VIOREL BUCUR, LACRAMIOARA BUCUR <br><br> *Plaintiff(s)* <br> v. <br><br> FedEx Ground Package System, Inc.., Mirza Shamim Ahmad, Henry Pollard, Amie Chale, American Arbitration Association, Margaret H. Gillespie, Littler Mendelson, P.C. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. ED CV15-01117 JGB (KKx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FedEx Ground Package System, Inc.., 818 W. 7th Street #930, LA, CA, 90017
Mirza Shamim Ahmad ,330 Resource Dr., Bloomington, CA 92316
Henry Pollard, 2904 Zuma Bay Way, Malibu, CA 90265
Amie Chale, 6795 N. Palm Ave., 2nd Floor, Fresno, CA 93704
American Arbitration Association, 220 Davidson Ave., Floor 1, Somerset, NJ 08873
Margaret H. Gillespie, 2049 Century Park East, 5th FL, Los Angeles, CA 90067
Littler Mendelson, P.C., 2049 Century Park East, 5th FL, Los Angeles, CA 90067

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Viorel & Lacramioara Bucur
2785 Rubidoux Blvd.
Riverside, CA 92509

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

TERRY NAFISI

*CLERK OF COURT*

Date: JUN - 9 2015

L. MURRAY
*Signature of Clerk or Deputy*