1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| VIOREL BUCUR, LACRAMIOARA BUCUR, | CASE NO. ED CV15-01117 JGB (KKx) |
|---|---|
| Plaintiffs, | **JUDGMENT** |
| v. | |
| FEDEX GROUND PACKAGE SYSTEM, INC., MIRZA SHAMIM AHMAD; HENRY POLLARD; AMIE CHALE; AMERICAN ARBITRATION ASSOCIATION, MARGARET H. GILLESPIE, LITTLER MENDELSON, P.C., | |
| Defendants. | |

After full consideration of the papers, evidence, and authorities submitted by the parties and in the Court's files, on September 10, 2015, the Court issued an order granting the Motion to Dismiss filed by Defendants Mirza Shamim Ahmad, FedEx Ground Package System Inc., Margaret H. Gillespie, Littler Mendelson PC ("Defendants") in its entirety, dismissing all claims against them without leave to amend. By order issued on August 11, 2015, the Court dismissed all claims asserted against Defendants American Arbitration Association, Inc., Henry Pollard; and Amie Chale ("Arbitration Defendants"), also without leave to amend.

THEREFORE, IT IS HEREBY ADJUDGED AND DECREED that Plaintiffs Viorel Bucur and Lacramioara Bucur ("Plaintiffs") shall take nothing by way of their Complaint in this action, and judgment shall be and hereby is entered in favor of Defendants as to all claims asserted against Defendants in this action.

IT IS HEREBY FURTHER ADJUDGED AND DECREED that Defendants are entitled to recover their costs in accordance with Federal Rule of Civil Procedure 54, and U.S. District Court, Central District of California, Local Rules 54-1 through 54-11.

Dated: October 14, 2015

The Hon. Jesus G. Bernal
Judge, United States District Court,
Central District of California, Eastern Division

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1.